```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     HOT SPRINGS DIVISION
```

BRIAN J. WEBB                                                PLAINTIFF

    v.                    No. 14-6037

SGT. MORELAND; CAPTAIN
KING; CPL. HISEK; MAJOR
MCHAN; LT. SEPULVADO;
SGT. RICHIE L. GUY; SGT.
PETTY; SGT. MCDORMAN;
CPL. WINDSTEIN and
RICHIE L. GUY                                                DEFENDANTS

## ORDER

Now on this 10th day of August 2015, there comes on for consideration the reports and recommendations filed herein on April 22, 2015, and June 3, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Docs. 31 & 40). No objections were filed to the April 22, 2015 (doc. 31) report and recommendation. Also before the Court are Defendants' written objections to the June 3, 2015 (doc. 40) report and recommendation (doc. 41).

The court has reviewed the April 22, 2015 (doc. 31) report and recommendation and, being well and sufficiently advised, finds as follows: The report and recommendation (doc. 31) is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction and Declaratory Judgment (doc. 18) is DENIED.

The Court has reviewed Defendants' Motion for Summary Judgment (doc. 12) *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation (doc. 40) is proper and

should be and hereby is adopted in its entirety.  Accordingly, Defendants' Motion for Summary Judgment (doc. 12) is DENIED.

 IT IS SO ORDERED.

            /s/ Robert T. Dawson
            Honorable Robert T. Dawson
            United States District Judge

**AO72A**
**(Rev. 8/82)**