IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRIAN J. WEBB                                                                                                    PLAINTIFF

v.                                            No. 6:14-CV-06037

CAPTAIN KING; CPL. HISEK; MAJOR
MCHAN; LT. SEPULVADO; SGT. PETTY;
CPL. WINDSTEIN; and RICHIE L. GUY                                                          DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 67) from Chief United States Magistrate Judge Barry A. Bryant. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court grant Defendants' motion for summary judgment. The Court has reviewed this case and finds that the report and recommendation (Doc. 67) is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendants' motion for summary judgment (Doc. 59) is GRANTED and this case is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 24th day of February, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE