IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRIAN J. WEBB                                                                                           PLAINTIFF

v.                                            No. 6:14-CV-06037

CAPTAIN KING; CPL. HISEK; MAJOR
MCHAN; LT. SEPULVADO; SGT. PETTY;
CPL. WINDSTEIN; and RICHIE L. GUY                                                        DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 24th day of February, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE